**Appeal Dismissed and Memorandum Opinion filed January 15, 2019.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-18-01109-CR

**ANA MARIA MEDINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1533756**

## M E M O R A N D U M   O P I N I O N

The trial court convicted appellant, Ana Maria Medina, in July 2017 of the third-degree felony offense of injury to an elderly individual. This court affirmed her conviction on October 9, 2018. *See Medina v. State*, No. 14-17-00638-CR, 2018 WL 4869504 (Tex. App.—Houston [14th Dist.] Oct. 9, 2018, no pet.) (not designated for publication).

On December 18, 2018, appellant filed another notice of appeal from her conviction. No authority grants us jurisdiction over a second direct appeal from a

conviction after we have affirmed that conviction.

Accordingly, we **DISMISS** this appeal.

PER CURIAM

Panel consists Justices Christopher, Hassan, and Poissant.